IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:11-mj-00094 OWW |
| | ) | |
| vs. | ) | ORDER OF RELEASE |
| | ) | |
| ALBERTO ALEJANDRO JIMENEZ-FLORES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The above named defendant having been sentenced to Time Served on November 30, 2011,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

DATED: November 30, 2011

/s/ Sheila K. Oberto
HONORABLE SHEILA K. OBERTO
U.S. MAGISTRATE JUDGE

12/6/06 ordrelease.form

1